**Opinion issued August 24, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00259-CV

———————————

**TERRY LAMAR BRITTON, Appellant**

**V.**

**RSS RECOVERY SOLUTIONS SERVICES, Appellee**

---

**On Appeal from County Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1187123**

---

## MEMORANDUM OPINION

Appellant Terry Lamar Britton filed his notice of appeal on April 5, 2023. Appellant did not pay the appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1. The Clerk of this Court notified Appellant that unless he paid the appellate filing fee by May 26, 2023, his appeal

could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee.

The clerk's record also has not been filed. Appellant has neither established indigence for purposes of court costs nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified Appellant that his appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3 (a), (b). We directed Appellant to submit written evidence from the trial court clerk by June 26, 2023, reflecting he paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, Appellant has not responded to this Court' notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)-(c). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.